DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL SULLIVAN,**
Appellant,

v.

**CITY OF HALLANDALE BEACH FLORIDA,** a Florida municipal
corporation,
Appellee.

No. 4D20-1349

[June 17, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 15-21884 CACE.

Michael Garcia Petit of the Law Office of Michael Garcia Petit, P.A., Miramar, for appellant.

Edward G. Guedes and Michael S. Kantor of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***